```
1  Andrew B. Downs, SBN 111435
   E-mail: andy.downs@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Attorneys for Petitioner Kathleen Herrero
```



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C 06 3275 BZ

| In Re the Complaint of KATHLEEN HERRERO, as owner of a 1979 Egg Harbor Motor Vessel "Z WOLF," Official No. 1056961 for Exoneration From or Limitation of Liability,<br><br>Petitioner, | Case No.:<br><br>**MONITION PURSUANT TO 46 APP. U.S.C. § 183** |
|---|---|

    Petitioner Kathleen Herrero has filed a Complaint in Admiralty for Exoneration from or Limitation of Liability and has also tendered funds for deposit with the court as security for the value of petitioner's interest in the vessel in question, for costs and also for interest. Plaintiff has also applied for a ~~Motion~~ Monition pursuant to 46 App. U.S.C. § 183 *et seq.* and Supplemental Admiralty Rule F(3), Federal Rules of Civil Procedure.

    Based on the court's records and files in this action, and Supplemental Admiralty Rule F(3), Federal Rules of Civil Procedure,

    IT IS HEREBY ORDERED that the commencement and/or further prosecution of any and all other actions, suits and/or legal proceedings of any kind in any court arising out of or connected with events occurring on or about November 21, 2005 involving petitioner's vessel in

1  the waters of San Francisco Bay, for which petitioner's Complaint seeks exoneration or
2  limitation of liability, are enjoined and restrained except in the present action.
3  DATED:  June 28, 2006

7  6068726.1

IT IS SO ORDERED

*[signature]*

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MONITION PURSUANT TO 46 APP. U.S.C. 183