1   Andrew B. Downs, SBN 111435
    E-mail: andy.downs@bullivant.com
2   BULLIVANT HOUSER BAILEY PC
    601 California Street, Suite 1800
3   San Francisco, California  94108
    Telephone: 415.352.2700
4   Facsimile: 415.352.2701

RECEIVED

06 MAY 17 PM 3: 25

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5   Attorneys for Petitioner Kathleen Herrero

E-filing

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

                                                        BZ

11

12                    C  06           3275

13   | In Re the Complaint of KATHLEEN | Case No.: |
     | HERRERO, as owner of a 1979 Egg Harbor |
14   | Motor Vessel "Z WOLF," Official No. | (PROPOSED) ORDER DIRECTING |
     | 1056961 for Exoneration From or Limitation of | ISSUANCE OF NOTICE OF |
15   | Liability, | LIMITATION OF LIABILITY ACTION |

16                   Petitioner,

17

18

19        Petitioner Kathleen Herrero has filed a Complaint for Exoneration from or Limitation of

20   Liability and has also tendered funds for deposit with the Court as security for the value of

21   petitioner's interest in the vessel, for costs, and for interest.  Petitioner has filed an application

22   for publication of notice.

23        Based upon the Court's records and files in this action, pursuant to Fed. R. Civ. P.

24   Supplemental Rule F(4), the following Notice is hereby issued under the seal of this Court to all

25   persons asserting claims concerning which plaintiff's Complaint seeks exoneration or limitation:

26             NOTICE IS HEREBY GIVEN that petitioner Kathleen
          Herrero , as owner of a 1979 Egg Harbor vessel "Z WOLF,"
27        Official No. 1056961 (the "vessel"), has filed a Complaint
          pursuant to 46 App. U.S.C. §183(a), et seq., claiming the right to
28        exoneration from or limitation of liability for all claims allegedly
          resulting from events occurring on or about November 21, 2005,
          while the vessel was on the waters of San Francisco Bay.

                              – 1 –

1        As provided in Supplemental Rule F(5) of the Federal
2    Rules of Civil Procedure, all persons asserting any claims for any
     and all losses, expenses, damages, injury and/or death arising
3    from the events on or about November 21, 2005, with respect to
     which the Complaint seeks limitation, are hereby admonished and
4    notified to file their respective claims with the Clerk of this Court
     on or before August 31, 2006, by electronic means as required by
5    General Order 45, and if excused, on paper at the following
     address:  United States District Court, Northern District of
6    California, San Francisco Division, 450 Golden Gate Avenue,
     San Francisco, CA  94102.  All persons asserting any such claims
7    are also hereby admonished and notified to serve a copy of their
     respective claims as filed with the Court at the same time on the
8    attorneys for petitioner Kathleen Herrero on or before August 31,
     2006, at the following addresses:  Andrew B. Downs, Bullivant
9    Houser Bailey PC, 601 California Street, Suite 1800, San
     Francisco, CA  94108-2823, or for electronic filers, via the court's
10   electronic filing system.  Failure by any claimant to file with the
     Court and/or serve with petitioner's attorneys its respective claim
11   on or before August 31, 2006 may subject any such claim to
     default and bar.  Personal attendance is not required.

12        Any claimant seeking to contest either the right of plaintiff
     to exoneration from or the right of plaintiff to limitation of
13   liability shall file with the Court and serve on the above attorneys
     for petitioner Kathleen Herrero an answer to the Complaint on or
14   before August 31, 2006, unless the claim has included an answer,
     as required by Supplemental Rule F(5) of the Federal Rules of
15   Civil Procedure.

16   IT IS ORDERED pursuant to Fed. R. Civ. P. Supplemental Admiralty Rule F(4), that

17   petitioner publish the above notice once each week for four successive weeks before the above

18   August 31, 2006 date set as a deadline for the filing and service of claims in the following

19   newspaper San Francisco Daily Journal, a newspaper of general circulation in the Northern

20   District of California.

21   IT IS FURTHER ORDERED that not later than the day of the second publication of the

22   above Notice, petitioner shall also mail or cause to be mailed a copy of the above notice to every

23   person or concern known to have made any claim against the vessel or against petitioner arising

24   out of the voyage or trip for which the claims sought to be exonerated or limited in petitioner's

25   Complaint arose, in satisfaction of requirements set forth in Fed. R. Civ. P. Supplemental

26   Admiralty Rule F(4).

27

28

(PROPOSED) ORDER DIRECTING ISSUANCE OF NOTICE

1  DATED: _____June 28, 2006_____

2

3                                            IT IS SO ORDERED

4                                            Unite[d]

5                                            Judge Marilyn H. Patel

6  6068731.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(PROPOSED) ORDER DIRECTING ISSUANCE OF NOTICE