```
 1  Andrew B. Downs, SBN 111435
    E-mail: andy.downs@bullivant.com
 2  BULLIVANT HOUSER BAILEY PC
    601 California Street, Suite 1800
 3  San Francisco, California 94108
    Telephone: 415.352.2700
 4  Facsimile: 415.352.2701

 5  Attorneys for Petitioner Kathleen Herrero
```





## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| In Re the Complaint of KATHLEEN HERRERO, as owner of a 1979 Egg Harbor Motor Vessel "Z WOLF," Official No. 1056961 for Exoneration From or Limitation of Liability,<br><br>Petitioner, | Case No.: C 06 3275 BZ<br><br>(PROPOSED) NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY |
|---|---|

NOTICE IS HEREBY GIVEN that petitioner Kathleen Herrero, as owner of a 1979 Egg Harbor vessel "Z WOLF," Official No. 1056961 (the "vessel"), has filed a Complaint pursuant to 46 App. U.S.C. §183(a), *et seq.*, claiming the right to exoneration from or limitation of liability for all claims allegedly resulting from events occurring on or about November 21, 2005, while the vessel was on the waters of San Francisco Bay.

As provided in Supplemental Rule F(5) of the Federal Rules of Civil Procedure, all persons asserting any claims for any and all losses, expenses, damages, injury and/or death arising from the events on or about November 21, 2005, with respect to which the Complaint seeks limitation, are hereby admonished and notified to file their respective claims with the Clerk of this Court on or before August 31, 2006, by electronic means as required by General

(PROPOSED) NOTICE OF COMPLAINT

1  Order 45, and if excused, on paper at the following address:  United States District Court,
2  Northern District of California, San Francisco Division, 450 Golden Gate Avenue,
3  San Francisco, CA  94102.  All persons asserting any such claims are also hereby admonished
4  and notified to serve a copy of their respective claims as filed with the Court at the same time on
5  the attorneys for petitioner Kathleen Herrero on or before August 31, 2006, at the following
6  addresses:  Andrew B. Downs, Bullivant Houser Bailey PC, 601 California Street, Suite 1800,
7  San Francisco, CA  94108-2823, or for electronic filers, via the court's electronic filing system.
8  Failure by any claimant to file with the Court and/or serve with petitioner's attorneys its
9  respective claim on or before August 31, 2006 may subject any such claim to default and bar.
10  Personal attendance is not required.
11      Any claimant seeking to contest either the right of plaintiff to exoneration from or the
12  right of plaintiff to limitation of liability shall file with the Court and serve on the above
13  attorneys for petitioner Kathleen Herrero an answer to the Complaint on or before August 31,
14  2006, unless the claim has included an answer, as required by Supplemental Rule F(5) of the
15  Federal Rules of Civil Procedure.
16  DATED:  June 28, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

20  6068733.1

(PROPOSED) NOTICE OF COMPLAINT