1  Eric Schroeder, Esq. 153521
   **CULBRETH SCHROEDER, LLP**
2  2945 Ramco Street, Suite 180
   West Sacramento, CA 95691
3  Phone (916) 438-8300
   Fax    (916) 438-8306
4  emschroeder@calsubro.com

5  Attorneys for Respondent
   Encompass Insurance Company

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                  SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re The Complaint of KATHLEEN HERRERO, as owner of 1979 Egg Harbor Motor Vessel "Z WOLF," official No. 1056961 for Exoneration From or Limitation of Liability,<br><br>Petitioner,<br><br>v.<br><br>ENCOMPASS INSURANCE COMPANY<br>Respondent. | Case No.: C063275 MHP<br>Assigned to: Honorable Judge Marilyn H. Patel<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41 (a), Respondent ENCOMPASS INSURANCE COMPANY as Subrogee of Virginia Furth and Robert Henning hereby dismisses with prejudice its Claims, and Answer to Complaint for Exoneration from or Limitation of Liability filed in the above-captioned action.

Dated: 12·21·06                              **CULBRETH SCHROEDER LLP**

Dated: 1/17/07
                                              _____
                                              ERIC M. SCHROEDER, ESQ.
                                              Attorneys for Respondent
                                              ENCOMPASS INSURANCE COMPANY

IT IS SO ORDERED
Judge Marilyn H. Patel

C063275MHP Notice of Voluntary Dismissal
1