GUY W. STILSON, # 142194
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Claimants
SAN RAFAEL MARINA, LLC d/b/a
LOCH LOMAND MARINA and MARY McLEOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re the Complaint of KATHLEEN HERRERO, as owner of a 1979 Egg Harbor Motor Vessel "Z WOLF," Official No. 1056961 for Exoneration From or Limitation of Liability,

Petitioner

NO. C 06-03275 MHP

STIPULATION AND (PROPOSED) ORDER CONTINUING DATES

IT IS HEREBY AGREED AND STIPULATED BETWEEN Petitioner KATHLEEN HERRERO and Claimants SAN RAFAEL MARINA, LLC d/b/a LOCH LOMAND MARINA and MARY McLEOD, by and through their respective counsel of record in this action, as follows:

1.  Counsel stipulate and request that the following dates be extended as indicated:

    | | |
    |---|---|
    | Completion of ADR | July 1, 2007 |
    | Expert Disclosures | May 1, 2007 |
    | Non-Expert Discovery Cutoff | June 1, 2007 |
    | Expert Discovery Cut-Off | July 1, 2007 |
    | Expert Discovery Motion Cut-Off (Filing Date) | July 15, 2007 |

2.  Counsel believe that this matter will now be ready for trial and request a trial date any time after September 1, 2007.

3.  The reasons for these requests are as follows:

    A.  Attorney Stilson has been distracted due to a family emergency: his mother became ill in

1  late November 2006. She was diagnosed with colon cancer in January 2007 and had
2  surgery in early February 2007. Although she was released from the hospital, she began
3  to bleed and had to be re-admitted. At this time it appears that Attorney Stilson's
4  mother's situation has stabilized and improved. Attorney Stilson was distracted by this
5  situation and his desire to spend as much time as possible with his mother and other
6  members of his family during this family emergency.

    B. Both counsel have been inundated with large volumes of work on various matters. Counsel agreed to accommodate one another's workloads and Attorney Stilson's family emergency situation and to continue the dates indicated above.

    C. Attorney Stilson also has another matter set for a three-week trial in Los Angeles beginning on March 5, 2007.

4. Counsel note that Petitioner Kathleen Herrero has been deposed and that the parties have already engaged in initial disclosures and document exchange.

SO STIPULATED.

March 3, 2007

LOW, BALL & LYNCH

Guy W. Stilson
Attorneys for Claimant SAN RAFAEL MARINA,
LLC d/b/a/ LOCH LOMAND MARINA

March 5, 2007

BULLIVANT HOUSER BAILEY, P.C.

Norman J. Ronneberg, Jr.
Attorneys for Petitioner KATHLEEN HERRERO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

March 7, 2007
Date: ~~February~~ _____, 2007

JUDGE OF THE COURT

IT IS SO ORDERED
Judge Marilyn H. Patel

-2-

STIPULATION AND (PROPOSED) ORDER CONTINUING DATES

J:\1074\sf0014\Pleadings\Stipulation 001.wpd