| | |
|---|---|
| 1  GUY W. STILSON, # 142194<br>   LOW, BALL & LYNCH<br>2  505 Montgomery Street, 7th Floor<br>   San Francisco, California 94111-2584<br>3  Telephone (415) 981-6630<br>   Facsimile (415) 982-1634 | **FILED**<br>JUN - 1 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

4

5  Attorneys for Claimants
   SAN RAFAEL MARINA, LLC d/b/a
   LOCH LOMAND MARINA and MARY McLEOD

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12                                              ) NO. C 06-03275 MHP
                                                )
13  In Re the Complaint of KATHLEEN HERRERO, as ) **STIPULATION AND (PROPOSED)**
    owner of a 1979 Egg Harbor Motor Vessel "Z   ) **ORDER CONTINUING DATES**
14  WOLF," Official No. 1056961 for Exoneration From)
    or Limitation of Liability,                 )
15                                              )
            Petitioner                          )
16  _____)

17

18        IT IS HEREBY AGREED AND STIPULATED BETWEEN Petitioner KATHLEEN HERRERO

19  and Claimants SAN RAFAEL MARINA, LLC d/b/a LOCH LOMAND MARINA and MARY

20  McLEOD, by and through their respective counsel of record in this action, as follows:

21  1.    Counsel stipulate and request that the following dates be extended as indicated:

22        Completion of ADR                              August 15, 2007

23        ~~Expert~~ Discovery Cut-Off                   August 1, 2007

24        Expert Discovery Motion Cut-Off (Filing Date)  August 15, 2007

25  2.    Counsel believe that this matter will now be ready for trial and request a trial date any time after

26        October 1, 2007.

27  3.    The reasons for these requests are as follows: Percipient witness depositions are proceeding in

28        this matter, and exchanges of expert witness lists have been completed. Both counsel have been

-1-
STIPULATION AND (PROPOSED) ORDER CONTINUING DATES
J:\1074\sf0014\Pleadings\Stipulation 002.wpd

| | |
|---|---|
| 1 | inundated with large volumes of work on various matters and have had scheduling conflicts. |
| 2 | Counsel agreed to accommodate one another's workloads. |
| 3 | SO STIPULATED. |

LOW, BALL & LYNCH

May 16, 2007

_____
Guy W. Stilson
Attorneys for Claimant SAN RAFAEL MARINA,
LLC d/b/a/ LOCH LOMOND MARINA

BULLIVANT HOUSER BAILEY, P.C.

May 22, 2007

_____
Norman J. Ronneberg, Jr.
Attorneys for Petitioner KATHLEEN HERRERO

PURSUANT TO STIPULATION, IT IS SO ORDERED. *The parties shall serve and file their lists of witnesses to be called in the case-in-chief by each side on or before July 31, 2007.*

Date: May 29, 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

---

-2-

STIPULATION AND (PROPOSED) ORDER CONTINUING DATES

J:\1074\sf0014\Pleadings\Stipulation 002.wpd