1  Norman J. Ronneberg, Jr., SBN 68233
   E-mail: norman.ronneberg@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Attorneys for Petitioner Kathleen Herrero

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 | In Re the Complaint of KATHLEEN         | Case No.: C 06 3275 MHP
   | HERRERO, as owner of a 1979 Egg Harbor  |
12 | Motor Vessel "Z WOLF," Official No.     | **STIPULATION AND ORDER FOR**
   | 1056961 for Exoneration From or Limitation of | **DISMISSAL WITH PREJUDICE OF**
13 | Liability,                              | **CLAIM IN LIMITATION Of SAN**
   |                                         | **RAFAEL MARRINA LLC, dba LOCH**
14 |                   Petitioner,           | **LOMOND MARINA**

15

16     Petitioner Kathleen Herrero and claimant San Rafael Marina LLC, dba Loch Lomond

17 Marina, having agreed upon a settlement of this matter, stipulate and request that the Court

18 dismiss Loch Lomond Marina's claim <u>with</u> prejudice pursuant to Federal Rule of Civil

19 Procedure 41(a), with each party to bear its own costs and attorney's fees.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28

6086413.1                          — 1 —
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE -- Case No.: C 06 3275 MHP

```
 1 | DATED: September 18, 2007
 2 |                                          BULLIVANT HOUSER BAILEY PC
 3 |
 4 |                                          By _____
 5 |                                              Norman J. Ronneberg
 6 |                                          Attorneys for Petitioner Kathleen Herrero
 7 | DATED: 9/25/2007
 8 |                                          LOW BALL & LYNCH
 9 |
10 |                                          By _____
11 |                                              Guy W. Stilson
12 |                                          Attorneys for Claimant Loch Lomond Marina
13 |                                   ORDER
14 |     The parties having stipulated,
15 |     IT IS HEREBY ORDERED that the claim in limitation of ~~Mary McLeod~~ Loch Lomond Marina is dismissed
16 | with prejudice, with each party to bear its own costs and attorney's fees.
17 | DATED: 10/1/2007
18 |
19 |
20 |                                          Hon. Marilyn H. Patel
21 |                                          United States District Judge
```

IT IS SO ORDERED
Judge Marilyn H. Patel