1  Norman J. Ronneberg, Jr., SBN 68233
   E-mail: norman.ronneberg@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Attorneys for Petitioner Kathleen Herrero

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 | In Re the Complaint of KATHLEEN                  | Case No.: C 06 3275 MHP
   | HERRERO, as owner of a 1979 Egg Harbor           |
12 | Motor Vessel "Z WOLF," Official No.              | **STIPULATION AND ORDER FOR**
   | 1056961 for Exoneration From or Limitation of    | **DISMISSAL WITH PREJUDICE OF**
13 | Liability,                                       | **LIMITATION OF LIABILITY ACTION,**
   |                                                  | **FOLLOWING DISMISSAL OF ALL**
14 |                        Petitioner,               | **KNOWN CLAIMS**
15 |                                                  | FRCP 41(a)
16

17     Petitioner Kathleen Herrero and claimants Mary McLeod and San Rafael Marina LLC

18 (dba Loch Lomond Marina), hereby stipulate and request that the Court dismiss <u>with</u> prejudice

19 the entire Limitation of Liability action herein, pursuant to Federal Rule of Civil Procedure

20 41(a), with each party to bear its own costs and attorney's fees.

21     1.    <u>The Limitation of Liability Proceeding</u>

22     On May 17, 2006, Petitioner Kathleen Herrero filed an admiralty action in the United

23 States District Court for the Northern District of California seeking exoneration from or

24 limitation of liability pursuant to 46 U.S.C. App. 183(a) et seq.[1]

25     On June 28, 2006, the Court issued a Monition pursuant to 46 U.S.C. 183, prohibiting

26 the commencement or further prosecution of any actions, suits or legal proceedings of any kind

27 _____

28 [1] This statute was subsequently recodified at 46 U.S.C. 30505 et seq, without any substantive
   change in the statutory language.

6086901.1                           – 1 –
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE -- Case No.: C 06 3275 MHP

1 | arising out of, or in any way connected with, the events occurring on November 21, 2005 in the navigable waters of San Francisco Bay involving Petitioner's vessel, excepting only those claims asserted in the instant Limitation of Liability action.

On June 28, 2006, the Court also issued an Order Directing Issuance of Notice of Limitation of Liability Action, which notice explained that: (1) Petitioner had filed a claim for exoneration from or limitation of liability pursuant to 46 U.S.C. App. 183(a) et seq.; (2) all potential claimants were required to file their claims with the Court and Petitioner on or before August 31, 2006; (3) that the failure by any claimant to timely file his/her claim may subject such claim to default or bar; (4) that anyone seeking to contest Petitioner's right to seek exoneration from or limitation of liability was required to file an answer by August 31, 2006; and (5) the Court's notice was to be published for four successive weeks in the San Francisco Daily Journal, a newspaper of general circulation in Northern California.

Petitioner served all known potential claimants San Rafael Marina LLC (dba Loch Lomond Marina), Robert and Elizabeth Henning, Virginia Furth, Mary McLeod, and Encompass Insurance copies of the Court's Notice of Complaint for Exoneration From or Limitation of Liability by mail on July 19, 2006.

Petitioner also published the Court's Notice in the San Francisco Daily Journal once a week for four successive weeks on July 24, 2006, July 31, 2006, August 7, 2006, and August 14, 2006.

Claimants San Rafael Marina LLC, Encompass Insurance Co. (on behalf of itself, Virginia Furth, and Robert and Elizabeth Henning), and Mary McLeod timely filed their claims and answers in the limitation proceeding.

2. **The Court's Order Noting Defaults**

On September 12, 2006, the Court issued an Order Noting Defaults, stating that as of that date any persons who had "not heretofore filed their claims and answer" in the Limitation of Liability proceeding were in default and "barred and precluded from filing any claims and answers in this action."

/////

3. **All Known Claimants have Dismissed their Claims against Petitioner Herrero with Prejudice**

Three claimants filed timely claims against Petitioner Kathleen Herrero. On December 21, 2006, claimant Encompass Insurance Company dismissed with prejudice all of its claims against Petitioner. The two remaining claims----those of Mary McLeod and San Rafael Marina LLC (dba Loch Lomond Marina)----were similarly dismissed with prejudice on September 26, 2007. No other claims remain in this Limitation of Liability proceeding, and no other claims are known to exist. Under this court's Order Noting Defaults, any other claims are time-barred.

4. **Conclusion**

For the reasons set forth above, the parties hereto stipulate to the dismissal with prejudice of this action, and seek an Order from this court to that effect.

DATED: 9/27/07

BULLIVANT HOUSER BAILEY PC

By _____
Norman J. Ronneberg

Attorneys for Petitioner Kathleen Herrero

DATED: 9/28/2007

LOW BALL & LYNCH

By _____
Guy W. Stilson

Attorneys for Claimants Mary McLeod and San Rafael Marina LLC (dba Loch Lomond Marina)

### ORDER

The parties having stipulated,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

DATED: 10/1/2007



IT IS SO ORDERED
Judge Marilyn H. Patel