Norman J. Ronneberg, Jr., SBN 68233
E-mail: norman.ronneberg@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Petitioner Kathleen Herrero

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re the Complaint of KATHLEEN HERRERO, as owner of a 1979 Egg Harbor Motor Vessel "Z WOLF," Official No. 1056961 for Exoneration From or Limitation of Liability,<br><br>Petitioner, | Case No.: C 06 3275 MHP<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF CLAIM IN LIMITATION OF MARY MCLEOD** |

Petitioner Kathleen Herrero. and claimant Mary McLeod, having agreed upon a settlement of this matter, stipulate and request that the Court dismiss Ms. McLeod's claim with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorney's fees.

///
///
///
///
///
///
///

6086388.1

– 1 –

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE -- Case No.: C 06 3275 MHP

1  DATED: September 18. 2007

2                                          BULLIVANT HOUSER BAILEY PC

3

4                                          By _____
                                              Norman J. Ronneberg
5
                                           Attorneys for Petitioner Kathleen Herrero
6

7  DATED: 9/26/2007

8                                          LOW BALL & LYNCH

9

10                                         By _____
                                              Guy W. Stilson
11
                                           Attorneys for Claimant Mary McLeod
12

13                              **ORDER**

14     The parties having stipulated,

15     IT IS HEREBY ORDERED that the claim in limitation of Mary McLeod is dismissed

16  with prejudice, with each party to bear its own costs and attorney's fees.

17  DATED: 10/1/2007

18

19                                         _____
20                                         Hon.
                                           United
21                                         *IT IS SO ORDERED*
                                           *Judge Marilyn H. Patel*
22

---

6086388.1                                        – 2 –

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE -- Case No.: C 06 3275 MHP